UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:    WALTER MORALES           B.K. NO.: 1:09-bk-13429
          Debtor
          BLANCA MORALES
          Joint Debtor

### WITHDRAWAL OF OBJECTION TO CLAIM NO.:12 FILED BY GREENWOOD CREDIT UNION

Debtors, by their Attorney, withdraw their Objection to Claim No.: 12 filed by Greenwood Credit Union.

April 7, 2010                         WALTER MORALES
                                      BLANC MORALES
                                      By their Attorney
                                      /s/ John B. Ennis,
                                      JOHN B. ENNIS, #2135
                                      1200 Reservoir Avenue
                                      Cranston, RI 02920
                                      (401) 943-9230

### CERTIFICATION

I hereby certify that I forwarded a copy of the above Withdrawal of Objection to Claim No.: 12 filed by Greenwood Credit Union to the following by either electronic filing or by regular mail, postage prepaid on this 7th day of April, 2010:

John Boyajian, Esq.
182 Waterman Street
Providence, RI 02906

Office of the U.S. Trustee
10 Dorrance Street
Room 519
Providence, RI 02903

Greenwood Credit Union
C/O Lisa A. Geremia, Esq.
1350 Division Road
Suite 102
West Warwick, RI 02893

                                              /s/ John B. Ennis, Esq.