*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Walter Morales and Blanca Morales   BK No. 1:09–bk–13429

Debtor(s)   Chapter 13

---

*ORDER MOTION/APPLICATION (doc# 74 ) BY RULE OF COURT*
*Re: Obj. to Claim by Deutsche Bank National Trust Company*
*filed by Debtors*

The pleading was duly filed, served and noticed pursuant to local rules. No timely resistance/objection was filed.

THEREFORE, in accordance with R.I. LBR 9013–2(a),it is **ORDERED** that the Motion/Application (doc.# 74 ) is hereby SUSTAINED.

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **7/13/10**

Entered on Docket: **7/13/10**
Document Number: **76 – 74**

101.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*